ELEANOR NEWBERGER and Others, as Executors, etc., of MONROE NEWBERGER, Deceased, Respondents, Appellants, v. THE CONNECTICUT MUTUAL LIFE INSURANCE COMPANY, Appellant, Respondent.— Order, so far as appealed from, unanimously affirmed, without costs. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

KATHLEEN CUMMINGS, Respondent, v. CITY AND SUBURBAN HOMES COMPANY, Appellant.— Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event, unless the plaintiff stipulates to reduce the judgment as entered to the sum of $7,699.85; in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

EMPIRE SQUARE REALTY COMPANY, Appellant, v. CHARLES F. NOYES COMPANY, INC., Defendant, Impleaded with THE BANK FOR SAVINGS IN THE CITY OF NEW YORK, Respondent.— Orders and judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CARLO M. PATERNO, Relator, Respondent, v. WILLIAM STANLEY MILLER and Others, etc., Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

MARY LORD, Suing for Herself as a Stockholder and a Voting Trust Certificate Holder, and All Other Stockholders and Voting Trust Certificate Holders of the Susquehanna Silk Mills, in Like Situation, Who Shall Choose to Make Themselves Party to This Action, Respondent, v. SUSQUEHANNA SILK MILLS and Others, Defendants, Impleaded with WILLIAM M. VERMILYE and Others, Appellants.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion granted. (See *Kissel* v. *Chicago & Eastern Illinois R. R. Co.*, 126 App. Div. 852; *Western R. R. Co.* v. *Nolan*, 48 N. Y. 513; Restatement of the Law of Trusts, § 282.) Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

PETER K. VOULGARIS, Respondent, v. THIRD AVENUE RAILWAY COMPANY, Appellant.— Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event, on the ground that the verdict is contrary to the weight of the credible evidence. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

GIUSEPPE STASI, Respondent, v. ITALIA SOCIETA ANONIMA DINAVIGAZIONE, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within ten days after service of order, on payment of said costs. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

NAT GLUCK, on His Own Behalf and on Behalf of All Other Stockholders of British Type Investors, Inc., Respondent, v. EDWARD V. OTIS and Others, Appellants.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.